**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge Jesus SERRANO–VILLA,
Defendant—Appellant.**

**No. 06–10093.**

United States Court of Appeals,
Ninth Circuit.

Submitted Jan. 13, 2009 *.

Filed Jan. 23, 2009.

Joelyn D. Marlowe, Esquire, Office of the U.S. Attorney, Tucson, AZ, for Plaintiff–Appellee.

Ralph Malanga, Esquire, Malanga Law Office, Bisbee, AZ, for Defendant–Appellant.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed.

Before: O'SCANNLAIN, BYBEE, and CALLAHAN, Circuit Judges.

### MEMORANDUM **

Jorge Jesus Serrano–Villa appeals from his guilty-plea conviction for possession with intent to distribute methamphetamine and cocaine, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A), and importation of methamphetamine and cocaine, in violation of 21 U.S.C. §§ 952(a) and 960(a)(1), (b)(1), and from his 235–month sentence. We have jurisdiction pursuant to 28 U.S.C. § 1291, and we affirm.

Serrano–Villa contends that his counsel was ineffective because counsel: (1) advised Serrano–Villa to reject a plea agreement that would have resulted in a lower sentence; and (2) failed to object to the Presentence Report. We decline to review Serrano–Villa's ineffective assistance of counsel claim on direct appeal because "the record on appeal is [not] sufficiently developed to permit review and determination of the issue," and the legal representation was not so inadequate that it "obviously denie[d]" Serrano–Villa his Sixth Amendment right to counsel. *See United States v. McKenna*, 327 F.3d 830, 845 (9th Cir.2003); *see also United States v. Jeronimo*, 398 F.3d 1149, 1155 (9th Cir.2005).

**AFFIRMED.**

R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.